IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORMANDIE S. BURGOS,** <br><br> Petitioner, <br><br> v. <br><br> **PATRICK COVELLO, Warden,** <br><br> Respondent. | Case No. 23-cv-01077-HSG <br><br> **ORDER** |

    Good cause appearing, Respondent may have until April 5, 2024, to file his answer or other response to the application for writ of habeas corpus.  If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel on or before May 3, 2024.

    **IT IS SO ORDERED**.

Dated:  2/2/2024

The Honorable Haywood S. Gilliam, Jr.